UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 72-0744 (TFH) |
| ) | |
| RICHARD ANTHONY LEE, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Pending before the Court is Lee's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (# 6). Upon consideration of the motion, Magistrate Judge John M. Facciola's Report and Recommendation of December 19, 2007 (# 16), and the absence of any objections to the Report and Recommendation, the Court

**ADOPTS IN FULL** the Report and Recommendation.

Accordingly, the Court

**ORDERS** that, pursuant to 28 U.S.C. §§ 1631 and 2255, Lee's motion be transferred to the United States Court of Appeals for the District of Columbia Circuit for it to determine whether to authorize the filing of Lee's successive motion.

**SO ORDERED.**

January 9, 2008

Thomas F. Hogan
Chief Judge